## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marlin J. Fleming, Jr. and Sara J. Fleming | BKY. NO. 12-03528 MDF |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of GREEN TREE SERVICING LLC, AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION, AS OWNER AND HOLDER OF LOAN/CONTRACT ORIGINATED BY AMERICAN MORTGAGE NEWTWORK INC., DBA AMNET MORTGAGE, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4296

                                     Respectfully submitted,

                                     **/s/ Thomas Puleo**
                                     Thomas Puleo, Esquire
                                     James C. Warmbrodt, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 825-6306  FAX (215) 825-6406
                                     Attorney for Movant/Applicant