# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| MARLIN J. FLEMING, JR. | Case No.: 1-12-03528-RNO |
| SARA J. FLEMING | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | DITECH |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 6696 |
| Property Address if applicable: | 9812 GRAPEVILE LANE, ORBISONIA, PA 17243 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $5,751.06 |
| b. | Prepetition arrearages paid by the Trustee: | $5,751.06 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $ |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $ |
| e. | Allowed postpetition arrearage: | $ |
| f. | Postpetition arrearages paid by the Trustee: | $ |
| g. | Total b, d, f: | $5,751.06 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**To the extent that the Debtor is not delinquent as of the date of this Notice, the Creditor should file a Response indicating same.**

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 27, 2017                    Respectfully submitted,


                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: dehartstaff@pamd13trustee.com

Re:

MARLIN J. FLEMING, JR.                    Case No.: 1-12-03528-RNO
SARA J. FLEMING                           Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on April 27, 2017.

MARLIN J. FLEMING, JR.
SARA J. FLEMING
9812 GRAPEVINE LANE
ORBISONIA, PA  17243

GREEN TREE SERVICING, LLC
PO BOX 6154
RAPID CITY, SD,  57709-0049

RICHARD L. BUSHMAN, ESQUIRE
16767 PATH VALLEY ROAD
P.O. BOX 51
SPRING RUN PA,  172620051

Date: April 27, 2017                      s/ Charles J. DeHart, III, Trustee
                                          Charles J. DeHart, III, Trustee
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  dehartstaff@pamd13trustee.com