```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 12-03528-RNO
Marlin J. Fleming, Jr.                                          Chapter 13
Sara J. Fleming
      Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr         Page 1 of 1          Date Rcvd: May 10, 2017
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4124767        +E-mail/Text: bankruptcy.bnc@ditech.com May 10 2017 18:52:07     GREENTREE,   PO BOX 6172,
                 RAPID CITY, SD 57709-6172
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Brett Alan Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;agilbert@tuckerlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John W Frey    on behalf of Joint Debtor Sara J. Fleming john@dsslawyers.com,
               emmalee@dsslawyers.com
              John W Frey    on behalf of Debtor Marlin J. Fleming, Jr. john@dsslawyers.com,
               emmalee@dsslawyers.com
              Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-03528-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Marlin J. Fleming, Jr.<br>9812 Grapevine Lane<br>Orbisonia PA 17243 | Sara J. Fleming<br>9812 Grapevine Lane<br>Orbisonia PA 17243 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: GREENTREE, PO BOX 6172, RAPID CITY, SD 57709

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154
Ditech Financial LLC fka Green Tree Serv LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/12/17

Terrence S. Miller
**CLERK OF THE COURT**