```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                  Case No. 12-03528-RNO
Marlin J. Fleming, Jr.                                                  Chapter 13
Sara J. Fleming
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr           Page 1 of 1              Date Rcvd: Jul 13, 2017
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db/jdb         +Marlin J. Fleming, Jr.,   Sara J. Fleming,   9812 Grapevine Lane,   Orbisonia, PA 17243-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
              Brett Alan Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;agilbert@tuckerlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John W Frey    on behalf of Joint Debtor Sara J. Fleming john@dsslawyers.com,
               emmalee@dsslawyers.com
              John W Frey    on behalf of Debtor Marlin J. Fleming, Jr. john@dsslawyers.com,
               emmalee@dsslawyers.com
              Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Marlin J. Fleming Jr.<br>aka Joe Fleming, aka Marlin Joe Fleming Jr.<br>9812 Grapevine Lane<br>Orbisonia, PA 17243 | Chapter 13<br>Case No. 1:12−bk−03528−RNO |
| Sara J. Fleming<br>aka Sara Jane Fleming, aka Sara J. Klobetanz, aka Sara J. Keefer<br>9812 Grapevine Lane<br>Orbisonia, PA 17243 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5708
xxx−xx−7900

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 13, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk